UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY and MYLA ROUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>        Defendant. | No.  4:14-CV-5053-EFS<br><br>**ORDER DISMISSING CASE** |

On April 10, 2015, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Dismissal of Claims and Counterclaims with Prejudice, **ECF No. 22**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   14th   day of April 2015.

          s/Edward F. Shea
          EDWARD F. SHEA
     Senior United States District Judge

Q:\EFS\Civil\2014\5053.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 1